# Court of Appeals
# of the State of Georgia

ATLANTA,___May 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1584. MARINA HODGINI v. STATE BANK AND TRUST COMPANY.**

On December 28, 2015, the trial court entered an order confirming a non-judicial foreclosure sale. Marina Hodgini filed a notice of appeal from this order on February 4, 2016. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Hodgini filed her notice of appeal 38 days after entry of the underlying order. Consequently, Hodgini's appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/17/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*